IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANIEL WILSON BRADLEY, )<br>)<br>Defendant. )<br>) | No. 4:21-mj-00112-SAO |

## AFFIDAVIT OF SPECIAL AGENT DERIK STONE IN SUPPORT OF CRIMINAL COMPLAINT

I, Derik M. Stone, being duly sworn, depose and say:

## BACKGROUND

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice, assigned to the Anchorage, Alaska Division, Fairbanks Resident Agency. I have been a SA since September 2002 and am currently assigned to investigate criminal matters within the jurisdiction of the FBI. In this assignment, I have investigated a number of violations of Title 18, United States Code (U.S.C.), including, but not limited to, mail fraud, wire fraud, murder for hire, possession and distribution of child pornography, financial institution fraud, fraud against the Government, bank robbery, false statements, health care fraud, and various drug crimes (Title 21).

2.  This affidavit is in support of a criminal complaint and arrest warrant for Daniel Wilson Bradley, DOB 07/11/1980 for violation of Title 18, U.S.C. § 844(e) (use of a telephone to willfully make a threat to kill, injure, or intimidate any individual or unlawfully damage or destroy any building, vehicle, or other real property by means of fire or explosive) and violation of Title 18, U.S.C. § 875(c) (transmitting in interstate or foreign commerce a communication containing a threat to injure the person of another). The information herein is based upon my personal knowledge, discussions I have had with other law enforcement officers, reports I have read, or from those specific sources as set forth.

## STATEMENT OF PROBABLE CAUSE

3.  On 11/08/2021, the Veteran's Administration National Crisis Hotline (VACH) located in Canandaigua, New York, received a telephone call from an unidentified male caller (hereafter referred to as UNSUB) who was utilizing telephone number (808) 400-4744. The UNSUB advised the hotline operator that his girlfriend had recently ended their relationship and that, as a result, he was going to kill her where she worked "on the military base." The UNSUB advised the operator that he was going to "take a shot at her" and "walk up to her, I'm gonna [sic] put a gun in her mouth and I am gonna [sic] kill her. This is not a joke. I want her dead."

4.  The UNSUB continued to express frustration about his situation, added he was suicidal, and describes how he has taken nude photographs of her that he uses to extort her "for revenge." He advised the operator that he wants to "ruin her career," "ruin her life," and then advises that he plans "on killing other people on that

base too" because he "hates people in the military." The UNSUB told the operator that he is a veteran but that he hates people in the military "with a passion" and he knows "what type of losers they are," "what type of hypocrites they are," and "what type of control freaks they are."

5. The UNSUB then stated that "this isn't a joke." He repeated his threat to kill his ex-girlfriend and then added, "I'm gonna [sic] walk on that Army base with an AK-47 and I'm gonna [sic] shoot all of her friends." The UNSUB then advised that he's going to kill her husband and stated he's going to put a bullet in her husband's head until his head turns red.

6. The VACH operator asked the UNSUB what his ex-girlfriend did that made him feel so angry. He replied, "I am a terrorist. I work for an Islamic terrorist organization. This isn't a joke." He then accused the operator of making fun of him due to his religion and repeatedly told her that he would kill her. He then stated that he would "walk on to that Army base bravely with an AK-47 and kill everyone that [he] sees." He adds that there will be a lot of casualties because he is very good at what he does. When the VACH operators asked the UNSUB if he actually had an AK-47 he replied, "I have a whole fuckin' closet of them."

7. After several disconnections, the VACH operator called the UNSUB back and was connected to his voicemail message. The voicemail, in the same voice as the UNSUB's, stated:

*"Hello. I want you to know that this is a suicide not. I'm planning to kill myself. This is not a joke. I do not want to live anymore. Breaking up with*

*my…uh…my girlfriend…um…and, uh…I want to kill her and everybody that works with her on Base. I guess because I just don't want to hear from her anymore. This is not a joke. This is [BEEP]"*

8. After leaving a message on the UNSUB's voicemail, the VACH contacted the Joint Base Pearl Harbor Hickam (JBPHH) Police Department (PD) and advised the agency of the situation. The VACH advised the PD that the caller was utilizing a telephone number with a Hawaii area code and opined that the "Base" the UNSUB was referring to was JBPHH. The PD then contacted the Naval Criminal Investigative Service on JBPHH and the Honolulu Police Department (HPD) and briefed them on the situation.

9. HPD conducted some preliminary investigative steps and discovered the telephone number from which the UNSUB was calling was associated with Onyoy LLC. Onyoy LLC is an organization associated with a free calling and texting service known as TextNow.

10. Later that same date, the FBI's Honolulu Field Office learned of the UNSUB's threat and initiated an emergency disclosure request (EDR) to TextNow for information related to telephone number (808) 400-4744. According to TextNow, the registered user for that telephone number at 10:10 am (Coordinated Universal Time), which is the approximate timeframe in which the VACH was in contact with the UNSUB, utilized the email address billiejospecial@gmail.com and an internet protocol (IP) address of 69.161.7.137.

11. On 11/08/2021, pursuant to an EDR, Google provided subscriber and telephone handset data associated with the billiejospecial@gmail.com account. This account was registered on 10/10/2021 using IP address 69.161.7.137. Additionally, Google records show active logins to this account on 11/06/2021 and 11/08/2021 from that same IP address.

12. Google also provided Android device data associated with the billiejospecial@gmail.com account. Android device data is associated with Android telephones that have been signed into, or configured, using a provided email account. In the captioned matter, Google identified an AT&T telephone (International Mobile Equipment Identity Number 86274805063767) as being associated with two email addresses: billiejospecial@gmail.com and dwbradley3157751201@gmail.com. The Android device data records indicated that the last IP to have a data connection with Google tied to this Android device was 69.161.7.137 on 11/8/2021.

13. On 11/09/2021, at approximately 0550, the Honolulu International Airport was contacted by an unidentified caller (UNSUB) who was calling from (443) 434-4191. The UNSUB said word to the effect of "I am a terrorist, and I will come shoot up the airport because of what was done to me." Pursuant to an EDR issued to TextNow by the FBI's Honolulu Office, an individual utilized the email address billiejospecial@gmail.com to register this number from IP address 69.161.7.137. This email and IP address are the same addresses identified as being involved in the threats against personnel on JBPHH the day prior.

14. On 11/09/2021, the FBI's Honolulu Office issued an EDR to Google for subscriber information associated with the dwbradley3157751201@gmail.com account. Google records indicate that this account had been accessed on 11/06/2021 and 11/07/2021 via IP address 69.161.7.137. Furthermore, Google records indicate that this account was linked to telephone number (315) 775-1201. Google also provided billing records associated with this account. These records indicate a payment subscriber named Daniel Bradley of Marcellus, New York and another billing record tied to Daniel Bradley of 1501 Lacey Street, Fairbanks, Alaska. An associated telephone number was (907) 687-2854.

15. The FBI's Anchorage Office determined the IP address 69.161.7.137 is assigned to the Alaska-based Internet Service Provider Alaska Communications Systems (ACS). Pursuant to an EDR issued to ACS, the physical address for Internet service for 69.161.7.137 is 1501 Lacey Street, Fairbanks, Alaska; the account holder is Michael Bernardino.

16. On 11/09/2021, your affiant queried the Fairbanks North Star Borough Property Database for ownership of 1501 Lacey Street, Fairbanks, Alaska. That query determined Bernardino as the owner of the property located at that address.

17. On 11/09/2021, Fairbanks Police Department (FPD) detectives advised your affiant that Bernardino purchased the 1501 Lacey Street property (a former church) and now operates the building as a multi-tenant dwelling. Bernardino, during a prior contact with FPD, advised that all the tenants in the building have access to the same WiFi account.

18.     You affiant was advised by personnel from the FBI's Anchorage Office that SAs with the Department of Veterans' Affairs (VA) are familiar with Bradley. The VA has received at least four threats that they attribute to Bradley. Those threats occurred on 03/11/2021, 04/28/2021, and 10/09/2021. All the threats were directed at the VA hospital in Syracuse, New York. The 04/28/2021 threat involved a telephonic threat from a male caller stating he was going to walk into "the hospitals" and "shoot them up." The VA believes Bradley was the caller.

19.     On 11/09/2021 at approximately 0530 Alaska Time Zone, Jessica Jones, a staff member at Planet Fitness Gymnasium, located at 1255 Airport Way, Fairbanks, Alaska, received a telephone call at her place of employment from a male caller. Jones answered the phone with her regular greeting and the caller responded, "You better stop playing with me, bitch. I'm gonna [sic] come over there and kill you!" When Jones requested the individual's name, he continued to insult Jones and finally hung up. Jones immediately recognized the caller as Bradley. Jones advised your affiant that Bradley is a regular member at Planet Fitness. He routinely works out at the facility between 0130 and 0300 every day. Jones described Bradley as "weird and rude to coworkers" and that his behavior "has always been off-putting."

20.     On 11/10/2021, Bradley arrived at Planet Fitness at his normal time (around 0130). After checking him in, Jones contact FPD and requested they arrive, remove Bradley from the property, and trespass him. After this occurred, Bradley called Planet Fitness at approximately 0330 and Jones answered the phone. Bradley then stated words to the effect of "I know who you are bitch and if you think this is over you are

wrong!" He continued to call Jones names and accused her of sexually harassing him until he eventually hung up. As of this writing, the night-shift staff at Planet Fitness is "afraid to come into work" out of fear that Bradley may show up and inflict some sort of violent act.

21. On 11/10/2021, your affiant was made aware of four separate arrest warrants for Bradley. The warrants are all for misdemeanor-level offenses and are as follows:

   a. Warrant: Harassing Communication (New York State Police, Syracuse, NY)
   b. Warrant: Threat – Terrorist, State Offenses (Syracuse City Police Department, Syracuse, NY)
   c. Warrant: Threat – Terrorist, State Offenses (Syracuse University Police Upstate Medical, Syracuse, NY)
   d. Warrant: Threat – Terrorist, State Offenses (Onondaga County Sheriff's Office, Syracuse NY)

## CONCLUSION

22. Based on the aforementioned information, your affiant respectfully submits that there is probable cause to believe that Daniel Bradley has engaged in transmitting in interstate or foreign commerce a communication containing a threat to injure the person of another in violation of Title 18, U.S.C. § 875(c).

Your affiant requests the issuance of an arrest warrant for Daniel Bradley. Further your affiant sayeth naught.

_____
Derik M. Stone, Special Agent
Federal Bureau of Investigation

~~Subscribed and~~ sworn to before me this __10th__ day of November 2021 at Fairbanks, Alaska.

_____
Honorable Scott A. Oravec
United States Magistrate Judge

